# EXHIBIT B

| Client Name | Wayne V. Kilthau |
|---|---|
| Company Name | Joint Stock Company Kaspi.kz |
| Ticker Symbol | KSPI |
| Security Type | |
| Class Period Start | 01-19-2024 |
| Class Period End | 09-19-2024 |
| 90-DAY Lookback Period Start | 09-20-2024 |
| 90-DAY Lookback Period End | 12-18-2024 |
| 90-DAY Lookback Average | $ 107.71 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $20,083.38 |
| DURA LIFO* Total | $20,083.38 |
| Gross Shares Purchased | 748 |
| Net Shares Retained | 748 |
| Net Funds Expended | $100,650.28 |

**Wayne V. Kilthau**

| | Purchases | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-15-2024 | 748 | 134.5592 | $ 100,650.28 | | | | | | - | 748 | 748 | $ 107.71 | $ 80,566.90 | $ 20,083.38 | $ 20,083.38 |
| Total: | 748 | | $100,650.28 | | | | | | | 748 | 748 | | $80,566.90 | $20,083.38 | $20,083.38 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.