Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY KRIVENOK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOINT STOCK COMPANY KASPI.KZ, MIKHEIL LOMTADZE, and TENGIZ MOSIDZE, <br><br> Defendants. | Case No. 2:24-cv-10926-RGK-AGR <br><br> **MOTION OF SIMON THROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: R. Gary Klausner <br> Hearing Date: March 24, 2025 <br> Time: 09:00 AM <br> CTRM: 850, 8th Floor |

PLEASE TAKE NOTICE that at 09:00 AM on March 24, 2025 before the Honorable R. Gary Klausner, in the Roybal Federal Building and U.S. Courthouse, Courtroom 850, 8th Floor, at 255 East Temple Street, Los Angeles, California 90012, Simon Throup ("Movant"), will and does move this Court for

1

MOTION OF SIMON THROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE
OF COUNSEL – Case No. 2:24-cv-10926-RGK-AGR

an order granting his Motion: (1) for appointment of Movant as Lead Plaintiff of the Class; and (2) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) on the grounds (1) that Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of Joint Stock Company Kaspi.kz ("Kaspi.kz") securities between January 19, 2024 and September 19, 2024, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these

2

circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: February 18, 2025                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

MOTION OF SIMON THROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:24-cv-10926-RGK-AGR

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 18, 2025, I electronically filed the following **MOTION OF SIMON THROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 18, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

MOTION OF SIMON THROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:24-cv-10926-RGK-AGR