# Exhibit 3

Exhibit 3
009

**Joint Stock Company Kaspi.kz**
**Class Period: January 19, 2024 through September 19, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 107.710 |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|------------------------|
| Simon Throup | 3/20/2024 | 10 | ($114.39) | ($1,143.90) | | | | | | | | |
| | 4/17/2024 | 4 | ($112.59) | ($450.36) | | | | | | | | |
| | 7/5/2024 | 52 | ($135.00) | ($7,020.00) | | | | | | | | |
| | | 66.00 | | ($8,614.26) | | | | | 66 | $7,108.85 | ($1,505.41) | |

Exhibit 3
010