# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DMITRY KRIVENOK

PLAINTIFF(S)

v.

JOINT STOCK COMPANY KASPI.KZ , et al.

DEFENDANT(S).

CASE NUMBER:

2:24–cv–10926–RGK–AGR

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 02/18/2025 | 12, 13, 14 | Movant Wayne V. Kilthau's Motion for Appointment of Counsel and Appointment of Lead Plaintiff and associated documents |
| __ | __ | __ |

Other:
Memorandum lacks word count certification in violation of L.R. 11−6.2. Document contains single spaced text in violation of L.R. 11−3.6. Counsel shall file corrected documents within 1 day from the date of this order.

Dated: February 19, 2025    By:  /s/ *R. Gary Klausner*

U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**