Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Simon Throup*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY KRIVENOK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOINT STOCK COMPANY KASPI.KZ, MIKHEIL LOMTADZE, and TENGIZ MOSIDZE,<br><br>Defendants. | Case No. 2:24-cv-10926-RGK-AGR<br><br>**NOTICE OF NON-OPPOSITION OF SIMON THROUP TO THE COMPETING LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: R. Gary Klausner<br>Hearing Date: March 24, 2025<br>Time: 09:00 AM<br>CTRM: 850, 8th Floor |

On February 18, 2025, Simon Throup ("Movant"), pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, filed a motion for entry of an order for: (1) Movant as Lead Plaintiff; and (2) approving Movant's selection of Counsel. Dkt. No. 16.

1

Having reviewed the competing motion filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: March 3, 2025                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Laurence Rosen, Esq.
                                        Laurence M. Rosen, Esq. (SBN 219683)
                                        355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
                                        Facsimile: (213) 226-4684
                                        Email: lrosen@rosenlegal.com

                                        *Counsel for Simon Throup*

2

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 3, 2025, I electronically filed the following **NOTICE OF NON-OPPOSITION OF SIMON THROUP TO THE COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 3, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

NOTICE OF NON-OPPOSITION OF SIMON THROUP TO THE COMPETING LEAD PLAINTIFF MOTION–
Case No. 2:24-cv-10926-RGK-AGR