**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Lead Plaintiff Movant*
*Wayne V. Kilthau and [Proposed]*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY KRIVENOK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOINT STOCK COMPANY KASPI.KZ, MIKHEIL LOMTADZE, and TENGIZ MOSIDZE,<br><br>Defendants. | No.: 2:24-cv-10926-RGK-AGR<br><br>**WAYNE V. KILTHAU'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AND OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION**<br><br>Judge: Hon. R. Gary Klausner<br>Date: March 24, 2025<br>Time: 9:00 a.m.<br>Courtroom: #850 |

Movant Wayne V. Kilthau ("Mr. Kilthau") respectfully submits this reply memorandum in further support of his pending motion which seeks appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the Class.

Mr. Kilthau timely filed his motion for lead plaintiff on February 18, 2025, and a corrected motion on February 20, 2025, stating that he suffered approximately $20,083.38 pursuant to Section 21D of the Securities Exchange Act of 1934 ("Exchange Act") in financial losses in connection with his purchase of Joint Stock Company Kaspi.kz ("Kaspi.kz", "Kaspi", or the "Company") securities between January 19, 2024 and September 19, 2024, inclusive (the "Class Period"). *See* ECF Nos. 12 and 21. Mr. Kilthau filed a response on March 3, 2025. *See* ECF No. 23. Mr. Kilthau's motion is the only pending lead plaintiff motion before the Court. The deadline for opposing Mr. Kilthau's motion has passed and, to date, there is no opposition to it.[1] On March 6, 2025, the Court denied Defendants' stipulation extending time to respond to the initial complaint. *See* ECF No. 25.

By statute, the movant with the "largest financial interest in the relief sought by the class" is entitled to a "presumption" that he or she is the "most adequate plaintiff" to serve as the lead plaintiff. See 15 U.S.C. § 78u-4(a)(3)(B)(iii). Once

---

[1] On March 3, 2025, the only other competing movant, Simon Throup, filed a notice of non-opposition, stating that he, "does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA." *See* ECF No. 22.

the presumption of "most adequate plaintiff" has attached, it can only be rebutted with "proof" of inadequacy or atypicality. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II); *In re Cavanaugh*, 306 F.3d at 741. Absent proof rebutting the presumption, Mr. Kilthau is entitled to be appointed as the lead plaintiff. *See Hufnagle v. Rino Int'l Corp.,* No. CV 10-8695-VBFVBKX, 2011 U.S. Dist. LEXIS 19771, at *16 -26 (C.D. Cal. Feb. 14, 2011), *adopted*, No. CV 10-1754-VBFVBKX, 2011 U.S. Dist. LEXIS 19760 (C.D. Cal. Feb. 16, 2011) (appointing the most adequate plaintiff where competing movants failed to submit proof of unique defense).

Mr. Kilthau is the movant with the largest financial interest, claiming a loss of $20,083.38 on his Kaspi investment. *See* ECF Nos. 21-4 and 21-5. Mr. Kilthau also satisfies the Rule 23 requirements. Mr. Kilthau's claims are typical of those of other Class members because, like other Class members, he acquired Kaspi securities during the Class Period at prices artificially inflated by Defendants' misrepresentations and/or omissions that form the basis of the Action. Moreover, Mr. Kilthau's claims are based on the same legal theory and arise from the same events and course of conduct as the Class's claims. Mr. Kilthau has further demonstrated his adequacy by providing his education, employment, and years of investing experience. *See* ECF No. 21-7. Mr. Kilthau considers himself to be a sophisticated individual, having been investing in the stock market for over 20 years. *Id*. He resides in San Jose, California, and possesses a bachelor degree of electrical engineering. *Id*. Mr. Kilthau currently owns a home care business,

MEMORANDUM OF POINTS AND AUTHORITIES
Case No. 2:24-cv-10926-RGK-AGR
2

Emerald Blossom Manor, LLC., for developmentally disabled adults. *Id.* Prior to his business, Mr. Kilthau worked as a software engineer for Apple, Inc. *Id.* He has experience overseeing attorneys, as he has hired attorneys for trust planning matters. *Id.* Mr. Kilthau is the movant for lead plaintiff that has the largest financial interest in the Action and otherwise meets the requirements of Rule 23. With no other movant able to rebut the presumption, Mr. Kilthau is the most adequate plaintiff.

Based on the facts presented above and the factual, legal, and financial reasons presented in his motion and response, Mr. Kilthau respectfully requests that the Court issue an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Kilthau as Lead Plaintiff on behalf of all investors who purchased or otherwise acquired Kaspi securities during the Class Period; (2) approving Mr. Kilthau's selection of Levi & Korsinsky as Lead Counsel for the Class; and (3) granting such other relief as the Court deems proper.

[*Signature block on following page*]

MEMORANDUM OF POINTS AND AUTHORITIES
Case No. 2:24-cv-10926-RGK-AGR
3

Dated: March 10, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

<u>/s/ Adam M. Apton</u>
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Lead Counsel for Wayne V. Kilthau and*
*[Proposed] Lead Counsel for the Class*

## CERTIFICATE OF WORD COUNT

The undersigned, counsel of record for Wayne V. Kilthau, certifies that this brief contains 665 words, which complies with the word limit of L.R. 11-6.1 and Paragraph 6 of this Court's Standing Order Regarding Newly Assigned Cases dated May 2023. Executed on this 10th day of March 2025.

/s/ Adam M. Apton
Adam M. Apton

## <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On March 10, 2025, I electronically filed the following **WAYNE V. KILTHAU'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AND OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on this 10th day of March 2025.

*/s/ Adam M. Apton*
Adam M. Apton

MEMORANDUM OF POINTS AND AUTHORITIES
Case No. 2:24-cv-10926-RGK-AGR

6
