**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Counsel for Lead Plaintiff*
*Wayne V. Kilthau*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY KRIVENOK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOINT STOCK COMPANY KASPI.KZ, MIKHEIL LOMTADZE, and TENGIZ MOSIDZE,<br><br>Defendants. | Case No. 2:24-cv-10926-RGK-AGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Wayne V. Kilthau hereby voluntarily dismisses the above-captioned action without prejudice as to all Defendants, with each party bearing its own attorney's fees and costs. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no compensation to give any such compensation has been made.

Dated: April 9, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Counsel for Lead Plaintiff Wayne V. Kilthau and Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 9, 2025, I electronically filed the following **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 9, 2025

                                                              */s/ Adam M. Apton*
                                                              Adam M. Apton